1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ALEXANDRA J. SHEPARD (CABN 205143)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6767
7       FAX: (415) 436-7234
        Alexandra.Shepard2@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR-19-0510 RS |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT; ORDER** |
| KELVIN PEREZ, | |
| Defendant. | |

The above-captioned matter is set for an initial status conference on November 19, 2019. The government has provided substantially all discovery to counsel for the defense, but is still waiting to receive one additional item to produce to the defendant. The parties believe that they will be in a better position to advise the Court on the status of this matter following production of the remaining discovery. Therefore, the parties stipulate and agree that the November 19 status conference be vacated and re-set for December 10, 2019, at 2:30 p.m.

The parties also request that the time between November 19, 2019 and December 10, 2019 be excluded in order to provide reasonable time necessary for effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance

1 outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition
2 of criminal cases.

DATED: November 18, 2019                    Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
ALEXANDRA J. SHEPARD
Special Assistant United States Attorney

DATED: November 18, 2019

_____/s/_____
JODI LINKER
Attorney for Defendant
KELVIN PEREZ

STIP. TO CONTINUE HEARING                    2                    v. 7/10/2018

# ORDER

Based on the reasons set forth in the stipulation of the parties above, the Court hereby re-sets the hearing currently scheduled for November 19, 2019 to December 10, 2019, at 2:30 p.m., and FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the time is excluded from November 19, 2019 until December 10, 2019.

IT IS SO ORDERED.

DATED: November 18, 2019

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge