DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXANDRA J. SHEPARD (CABN 205143)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6767
    FAX: (415) 436-7234
    Alexandra.Shepard2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KELVIN PEREZ, <br><br> Defendant. | NO.: CR-19-0510 RS <br><br> **STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT; ORDER** |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Kelvin Perez, that time be excluded under the Speedy Trial Act from December 10, 2019 through February 4, 2020.

At the status conference held on December 10, 2019, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until February 4, 2020 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding

the time from December 10, 2019 through February 4, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that **she** has obtained approval from counsel for the defendant to file this stipulation and proposed order.

DATED: January 17, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
ALEXANDRA J. SHEPARD
Special Assistant United States Attorney

DATED: January 17, 2020

/s/
JODI LINKER
Attorney for Defendant
KELVIN PEREZ

# ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on December 10, 2019 and for good cause shown, the Court finds that failing to exclude the time from December 10, 2019 through February 4, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from December 10, 2019 to February 4, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 10, 2019 through February 4, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: January 21, 2020

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge