1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ALEXANDRA J. SHEPARD (CABN 205143)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6767
7       FAX: (415) 436-7234
        Alexandra.Shepard2@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,            )  NO.: CR-19-0510 RS
                                         )
14          Plaintiff,                   )
                                         )
15     v.                                )  **STIPULATION TO CONTINUANCE;**
                                         )  **ORDER**
16  KELVIN PEREZ,                        )
                                         )
17                                       )
            Defendant.                   )
18                                       )
                                         )
19  _____    )

20          It is hereby stipulated by and between counsel for the United States and counsel for the

21  defendant Kelvin Perez, that the hearing on Defendant's Motion to Suppress, previously scheduled for

22  April 7, 2020, be rescheduled for April 21, 2020.

23          At the status conference held on February 4, 2020, the government and counsel for the defendant

24  set a briefing schedule for the motion to suppress, culminating in a hearing on April 7, 2020.  Counsel

25  for the government now anticipates being out of the country on official travel on that date.  The parties

26  have therefore agreed to move the hearing to April 21, 2020.  Because a motion has been filed, no

27  exclusion of time is necessary.

28

STIP. TO CONTINUE HEARING                    1                              v. 7/10/2018

1    The undersigned Assistant United States Attorney certifies that she has obtained approval from

2    counsel for the defendant to file this stipulation and proposed order.

3

4

5    DATED: February 27, 2020                          Respectfully submitted,

6                                                      DAVID L. ANDERSON
                                                       United States Attorney
7

8                                                      _____/s/_____

9                                                      ALEXANDRA J. SHEPARD
                                                       Special Assistant United States Attorney
10

11
     DATED: February 27, 2020
12

13                                                     _____/s/_____
                                                       JODI LINKER
14                                                     Attorney for Defendant
                                                       KELVIN PEREZ
15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Suppress be reset from April 7, 2020 to April 21, 2020.

IT IS SO ORDERED.

DATED: February 28 , 2020

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge